IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE JOHNSON,

        Plaintiff,                      No. CIV S-08-1200 FCD EFB P

    vs.

UNKNOWN,

        Defendant.               <u>ORDER</u>

_____/

        Plaintiff is a prisoner without counsel who, it appears, intends to seek relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has neither paid the filing fee nor filed an application for leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. For the reasons explained below, plaintiff must either pay the filing fee or submit an application for leave to proceed *in forma pauperis*, and must submit a complaint.

        To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted an application for leave to proceed *in forma pauperis*.

        A party who intends to sue for alleged civil rights violations must file a complaint in order to commence the action. Fed. R. Civ. P. 3. As noted above, plaintiff has not filed a

1

1 | complaint. Instead, he wrote a letter to the Clerk of the Court asserting that unnamed individuals were harassing him because he was scheduled for release to parole.

Accordingly, it is ordered that:

1. Plaintiff has 30 days from the date of service of this order to file a complaint and to submit either the filing fee or the application required by § 1915(a). The complaint and application for leave to proceed *in forma pauperis* must bear the case number assigned to this action. Plaintiff's failure to comply will result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to mail to plaintiff a form complaint and a form application for leave to proceed *in forma pauperis*. Since plaintiff has been released from prison, he must receive the form application for leave to proceed *in forma pauperis* used by individuals who are at liberty.

Dated: April 30, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE