IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE JOHNSON,

      Plaintiff,        No. CIV S-08-1200 FCD EFB P

   vs.

UNKNOWN,

                <u>FINDINGS AND RECOMMENDATIONS</u>

      Defendant.

                            /

  Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

  On May 1, 2009, the court found that plaintiff had failed to pay the filing fee required by 28 U.S.C. § 1914(a) or a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). The May 1, 2009, order also dismissed plaintiff's original pleading with leave to file a complaint pursuant to 42 U.S.C. § 1983. Plaintiff was granted thirty days in which to: (1) pay the filing fee or file an application to proceed *in forma pauperis* and (2) to file a complaint in compliance with Fed. R. Civ. P. 3. That order warned plaintiff that failure to comply would result in a recommendation that this action be dismissed.

////

1     The 30-day period has expired and plaintiff has not paid the filing fee, filed a completed
2 *in forma pauperis* application or complaint, or otherwise responded to the court's order.
3     Accordingly, it is hereby RECOMMENDED that this action be dismissed without
4 prejudice.
5     These findings and recommendations are submitted to the United States District Judge
6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
7 after being served with these findings and recommendations, any party may file written
8 objections with the court and serve a copy on all parties.  Such a document should be captioned
9 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
10 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
11 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
12 Dated:  July 9, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2